UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-13-MOC

| | |
|---|---|
| PIERRE PHILIP VERMETTE, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KILOLO KIJAKAZI,** )<br>Acting Commission of Social Security, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on a motion by Plaintiff for an award of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act. (Doc. No. 17). Defendant has consented to that motion. The motion is **GRANTED**.

It is hereby ordered that Plaintiff, Pierre Philip Vermette, III, is awarded $6,258.00 in attorney fees. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If Plaintiff has no outstanding federal debt, the Commissioner may honor any EAJA assignment that Plaintiff may provide and make the check(s) payable to Plaintiff's counsel. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check(s) payable to Plaintiff directly and deliver the check(s) to the business address of Plaintiff's counsel. The amount of EAJA award payable to Plaintiff will be the balance of EAJA award remaining after subtracting the amount of Plaintiff's outstanding federal debt.

This award will be paid directly to Plaintiff, Pierre Philip Vermette, III, and sent to the business address of Plaintiff's counsel. If Plaintiff's outstanding federal debt exceeds the amount

1

of the EAJA award approved pursuant to the Order, the amount of the EAJA award will be used to offset Plaintiff's federal debt and no EAJA award shall be paid.

Signed: November 20, 2023

Max O. Cogburn Jr
United States District Judge